

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Galilee Partners, L.P.,                          * From the 98th District
                                                   Court of Travis County,
                                                   Trial Court No. D-1-GN-09-002265.

Vs. No. 11-12-00033-CV                           * January 31, 2014

Texas Commission on                              * Memorandum Opinion by Wright, C.J.
Environmental Quality,                             (Panel consists of: Wright, C.J.,
                                                   Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Galilee Partners, L.P.